UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBBY WARNER,<br>Appellant | CIVIL ACTION 1:18-CV-01000 |
| VERSUS | JUDGE DRELL |
| ACTING COMMISSIONER<br>NANCY A. BERRYHILL,<br>Appellee | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Warner's appeal is GRANTED, the final decision of the Commissioner is VACATED, and this case is REMANDED for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 13th day of November, 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE